The Law Office of
# JOSEPH K. GOLDBERG

2080 Linglestown Road
Suite 106
Harrisburg, PA 17110

717-703-3600
717-635-2062 (fax)
jgoldberg@ssbc-law.com

March 22, 2011

The Honorable John E. Jones, III
United States District Judge
United States District Court for the
  Middle District of Pennsylvania
Federal Building
Third and Walnut Streets
Harrisburg, PA
**BY ELECTRONIC FILING**

Re:   *Macdonald v. Nelson, Watson & Associates, LLC* - Civil No. 1:11-cv-207

Dear Judge Jones:

    This is to inform you that the parties have settled the above-referenced case, and have entered into a written agreement to that effect. We are awaiting consummation of the settlement. We respectfully ask that you issue an Order reflecting the settlement, with a 60-day period to re-open, if necessary, to effectuate the agreement.

    Thank you for your assistance with this matter.

Very truly yours,

Joseph K. Goldberg

cc: Jennifer Kirby, Esquire (for Defendant)
    By e-mail