IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER G. MACDONALD, | : | 1:11-cv-207 |
| Plaintiff, | : | |
| v. | : | |
| NELSON, WATSON & ASSOCIATES, INC., | : | Hon. John E. Jones III |
| Defendant. | : | |

**O R D E R**

March 23, 2011

Counsel have reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.[1]

s/ John E. Jones III
JOHN E. JONES III
United States District Judge

---

[1] The Case Management Conference scheduled for March 30, 2011 is accordingly cancelled.